IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00770-REB-MJW

BOULDER PLAZA RESIDENTIAL, LLC,

Plaintiff(s),

v.

USF&G a/k/a ST. PAUL TRAVELERS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff Boulder Plaza Residential, LLC's Unopposed Motion for Leave to Join Additional Parties and to File Third Amended Complaint (docket no. 16) is GRANTED. Plaintiff Boulder Plaza Residential LLC's Third Amended Complaint for Declaratory and Other Relief and Demand for Jury Trial (docket no. 16-2) is accepted for filing today. The Clerk of Court shall assign a new docket number for Plaintiff Boulder Plaza Residential LLC's Third Amended Complaint for Declaratory and Other Relief and Demand for Jury Trial.

Date: June 2, 2006