**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00770-REB-MJW

BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company

Plaintiff,

vs.

UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation;

THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, n/k/a TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

Defendants.

_____

**MINUTE ORDER
(DN 40)**
_____

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED the Stipulated Motion for Protective Order (docket no. 40) is GRANTED.  The written Stipulated Protective Order signed and dated by U.S. Magistrate Judge Watanabe August 24, 2006, is APPROVED as amended in paragraph 11 and made an Order of Court.

Date:  August 24, 2006