## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-00770-REB-MJW

BOULDER PLAZA RESIDENTIAL, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland corporation,
THE TRAVELERS INDEMNITY OF ILLINOIS n/k/a TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA, a Connecticut corporation, and
THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion for Dismissal With Prejudice** [#47], filed November 21, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal With Prejudice** [#47], filed November 21, 2006, is **GRANTED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for October 5, 2007, is **VACATED**; and

4. That the jury trial set to commence October 22, 2007, is **VACATED**.

Dated November 21, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**